IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK TETEAK,

        Plaintiff,

v.

        Case No. 20-cv-878-wmc

KILOLO KIJAKAZI,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Mark Teteak remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

s/ A. Wiseman, Deputy Clerk          8/27/2021
Peter Oppeneer, Clerk of Court          Date